# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD DALE BERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-01510-LSC-HNJ |
| ) | |
| SHERIFF MARK MOON, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION AND ORDER

Pending before the court are three motions for emergency intervention filed by the plaintiff. (Doc's 5, 13, & 20). On November 1, 2019, the defendants filed a pleading asking the court to dismiss those motions as moot. (Doc. 25). On November 12, 2019, the magistrate judge filed a report recommending the defendants' motion be granted and that the plaintiff's motions for emergency intervention be denied as moot. (Doc. 27). Although the magistrate judge advised the parties of their right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, it is **ORDERED** that the defendants' November 1, 2019, motion (doc. 25) is

**GRANTED** to the extent that the plaintiff's motions for emergency intervention (doc's 5, 13, & 20) are **DENIED**.

The Clerk is DIRECTED to serve a copy of this order on the plaintiff and on counsel of record.

**DONE** AND **ORDERED** ON DECEMBER 16, 2019.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704